**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

WALTHER ADEMIR A. S.,

          Petitioner,

v.

TODD BLANCHE, *in his official capacity as Acting Attorney General of the United States*; MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security*; DAVID VENTURELLA, *in his official capacity as Senior Official Performing Duties of Director of United States Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; and JOEL BROTT, *in his official capacity as Sheriff of Sherburne County*,

          Respondents.

Case No. 26-cv-2804 (LMP/SGE)

**ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that:

1.    Respondents are directed to file an answer to Petitioner Walther Ademir A. S.'s Verified Petition for a Writ of Habeas Corpus (ECF No. 1 ("Petition")) on or before **Monday, June 8, 2026**, certifying the true cause and proper duration of Walther Ademir A. S.'s confinement and showing cause why the writ should not issue in this case;

2.    Respondents' answer must include:

    a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Walther Ademir A. S.'s detention in light of the issues raised in his Petition;

b.      A reasoned memorandum of law and fact explaining Respondents' legal position on Walther Ademir A. S.'s claims; and

c.      Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.      If Walther Ademir A. S. intends to file a reply to Respondents' answer, he must do so on or before **Friday, June 12, 2026**;

4.      No further submissions from the parties will be permitted except as authorized by Court order; and

5.      Respondents are **ORDERED** not to remove Walther Ademir A. S. outside of the District of Minnesota during the pendency of these proceedings, so that Walther Ademir A. S. may consult with his counsel and participate in this litigation while the Court considers his Petition.

Dated: June 1, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge

2